# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Glen Anderson, <br><br> Plaintiff, <br><br> v. <br><br> City of Rialto, et al. <br><br> Defendants. | Case No. <br> EDCV 16-01915 JGB (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's orders granting partial summary judgment on behalf of Defendants City of Rialto and Randy De Anda (Dkt. No. 168); denying summary judgment as to Defendant George Scott as moot (Dkt. No. 169); and dismissing Plaintiff Glen Anderson's sole remaining claim, filed concurrently herewith, Plaintiff's complaint against these Defendants is DISMISSED.

Judgment is entered in favor of Defendants.

Dated: May 18, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge